PHILLIP A. TALBERT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
JAMIE YAVELBERG
EDWARD CROOKE
DANIEL SPIRO
JAMES NEALON
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C. 20044

Attorneys for the United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.* JOHN SCHILLING AND CRAIG THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>OROVILLE HOSPITAL, *et al.*,<br><br>Defendants. | CASE NO. 2:19-cv-00002-JAM-SCR<br><br>**ORDER DISMISSING CASE** |

      Relators John Schilling and Craig Thomas having filed a Notice of Voluntary Dismissal of this action, and the United States of America and the State of California having filed a Notice of Consents to Dismissal pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(1), and the California False Claims Act, Cal. Gov't Code § 12652(c)(1), the Court rules as follows:

**IT IS ORDERED** that,

1. This action is **DISMISSED with prejudice** as to Relators John Schilling and Craig Thomas;

2. This action is **DISMISSED without prejudice** as to the United States and California; and

3. Within **twenty one (21) days**, the United States shall move to have the seal lifted upon Relators' Complaint, his Notice of Voluntary Dismissal, the United States and California's Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

Dated: November 18, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE