PHILLIP A. TALBERT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
JAMIE YAVELBERG
EDWARD CROOKE
DANIEL SPIRO
JAMES NEALON
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C. 20044

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.* JOHN SCHILLING AND CRAIG THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>OROVILLE HOSPITAL, *et al.*,<br><br>Defendants. | CASE NO. 2:19-cv-00002-JAM-SCR<br><br>**ORDER TO LIFT SEAL** |

   Good cause appearing and the United States having filed a Motion to Unseal in this action, the Court rules as follows:

   **IT IS ORDERED** that the seal be lifted upon Relator John Shilling and Craig Thomas' Complaint, the Stipulation of Dismissal, the United States' consent to dismissal, the Court's order of

dismissal, the United States' Motion to Unseal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

Dated: November 26, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE